# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 21-2978

———————————————

United States of America

*Plaintiff - Appellee*

v.

Florence Rosale Julio

*Defendant - Appellant*

————————

Appeal from United States District Court
for the Southern District of Iowa - Eastern

————————

Submitted: April 15, 2022
Filed: April 29, 2022
[Unpublished]

————————

Before LOKEN, GRUENDER, and GRASZ, Circuit Judges.

————————

PER CURIAM.

Florence Julio appeals the district court's[1] judgment of conviction after she pleaded guilty to a money laundering charge. Her plea agreement contained a waiver

———————————————

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.

of her right to appeal her conviction, but preserved her right to appeal her sentence. Her counsel has moved to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738 (1967).

Upon careful review, we conclude that the district court did not err in imposing a sentence within the Guidelines range. See United States v. Feemster, 572 F.3d 455, 461 (8th Cir. 2009) (en banc); United States v. Lincoln, 413 F.3d 716, 717 (8th Cir. 2005). We further conclude that the appeal waiver is valid, enforceable, and applicable to any non-sentencing issues. See United States v. Andis, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc).

We have independently reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal outside the scope of the appeal waiver. Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.

_____